**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of Florida _____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Miami Tees, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | TEES TO PLEES; CUSTOM T SHIRTS PRINTING NOW; PROMOTE A TEE |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 6 5 – 0 0 6 9 7 2 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5120      NW 165 Street<br>Number      Street | 5120      NW 165 Street<br>Number      Street |
| Bays #101 and 102 | Bay #101<br>P.O. Box |
| Miami Gardens      FL      33014<br>City      State      ZIP Code | Miami Gardens      FL      33014<br>City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami Dade<br>County | Number      Street |
| | City      State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.miamitees.us |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor  **Miami Tees, Inc.**
Name

Case number (if known)_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3  2  3  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When __/__/____ Case number _____
                      MM / DD / YYYY
        District _____ When __/__/____ Case number _____
                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When __/__/____
                           MM / DD / YYYY
        Case number, if known _____

Debtor    Miami Tees, Inc._____      Case number *(if known)*_____
          <sub>Name</sub>

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  Miami Tees, Inc._____   Case number (if known)_____
　　　　Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

<div style="background:black">　</div> **Request for Relief, Declaration, and Signatures**

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
　　　　$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/09/2016
　　　　　　 MM  / DD / YYYY

✘ /s/ Michael J. Chavez_____　　　Michael J. Chavez
Signature of authorized representative of debtor　　Printed name

Title  President_____

**18. Signature of attorney**

✘ /s/ William J. Maguire_____　　Date  03/09/2016
Signature of attorney for debtor　　　　　　　　　　 MM   / DD / YYYY

William J. Maguire_____
Printed name
Maguire Law Chartered_____
Firm name
400　　　Columbia Drive Suite 100_____
Number　　Street
West Palm Beach,_____　　FL　　33409_____
City　　　　　　　　　　　　　　　　State　　ZIP Code
561-300-6812_____　　William@Maguire-Law.com
Contact phone　　　　　　　　　　　　Email address

072112_____　　FL_____
Bar number　　　　　　　　　　　State

**Fill in this information to identify the case and this filing:**

Debtor Name  Miami Tees, Inc.

United States Bankruptcy Court for the: Southern          District of  Florida
                                                                          (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/09/2016              ✗  Michael J. Chavez
             MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                        Michael J. Chavez
                                        Printed name

                                        President and sole shareholder
                                        Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name _____</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: _____ District of _____<br>(State)</td></tr>
<tr><td colspan="2">Case number (If known):  _____</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Yellowstone Capital, LLC<br>18321 West Dixie Hwy<br>#204<br>Miami, FL 33160 | | loan agreement | | | | 38,000.00 |
| 2  The Firestone Group<br>P.O. Box 810363<br>Boca Raton, FL 33481 | | loan agreement and lease | | $269,279.46 | $150,599.13 | $118,680.33 |
| 3  Florida Department of Revenue<br>8175 NW 12th Street<br>Miami, FL 33126-1828 | 305-470-5001 | state tax liens | | | | $21,981.04 |
| 4  Miami-Dade Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33128 | 305-375-5221 | property taxes | | | | $12,000.00 |
| 5  IOU Financial Inc.<br>600 TownPark Lane, Suite 100<br>Kennesaw, GA 30144 | | loan agreement | | | | $75,000.00 |
| 6  Hunter Caroline<br>3785 NW 82 Ave<br>Doral, FL 33166 | | loan agreement | | | | $55,000.00 |
| 7  Ibis Capital Group<br>45 JF Kennedy Dr.<br>Stony Pt., NY 10980 | | loan agreement | | | | $29,000.00 |
| 8  The Realty Associates Fund X, L.P.<br>c/o PGM Industrial, LLC<br>10598 NW South River Drive<br>Miami, FL 33178<br>Attention: Property Manager | | lease agreement | | | | 484,378.28 |

Debtor    Miami Tees, Inc.
_____
        Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name __Miami Tees, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. **Cash on hand** | | $ 110.60 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America, N.A. | checking | ___ ___ ___ ___ | $ 2.91 |
| 3.2. | Regions Bank | checking | ___ ___ ___ ___ | $ 24,590.07 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** | | $ 8,792.09 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 7. **Deposits, including security deposits and utility deposits** | | |
| Description, including name of holder of deposit | | |
| 7.1. | Electricity deposit | $ 7,914.39 |
| 7.2. | AT&T telephone deposit | $ 503.49 |

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. FPL _____    $ 7,914.39
   8.2. AT&T _____    $ 503.49

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $ 8,417.88 |

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |

11. **Accounts receivable**

    | | | | | | Current value of debtor's interest |
    | --- | --- | --- | --- | --- | --- |
    | 11a. 90 days old or less: | 59,151.07 | – | 0.00 | = ........➜ | $ 59,151.07 |
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11b. Over 90 days old: | 125,982.70 | – | 0.00 | = ........➜ | $ 125,982.70 |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 185,133.77 |

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    | Name of fund or stock: | | |
    | --- | --- | --- |
    | 14.1. _____ | _____ | $_____ |
    | 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    | --- | --- | --- | --- |
    | 15.1. _____ | _____% | _____ | $_____ |
    | 15.2. _____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    | Describe: | | |
    | --- | --- | --- |
    | 16.1. _____ | _____ | $_____ |
    | 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ 0.00 |

---

Debtor    **Miami Tees, Inc.**
_____
Name

Case number *(if known)*_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> t-shirt printing raw materials | ___ MM / DD / YYYY | $ 153,329.17 | cost | $ 153,329.17 |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $ 153,329.17 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

Debtor    **Miami Tees, Inc.**
          _____
          Name

Case number (*if known*)_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| desks,cabinets,chairs,couch,tables | $ 27,200.00 | _____ | $ _____ |
| 40. **Office fixtures** | | | |
| assorted accessories, art | $ 6,000.00 | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computers,printers,cctv system and cctv TV monitor,so | $ 52,300.00 | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $ _____ | _____ | $ _____ |
| 42.2_____ | $ _____ | _____ | $ _____ |
| 42.3_____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 85,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Miami Tees, Inc.
          Name _____    Case number (if known)_____

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Printing presses,Transformer,compressors and tanks, dryers, folding machines,dock ramp, dock plate,forklifts, vaccums, pallet jacks,pallet racking,transfer machines,pallet attachments and tools,graphtec cutting plotter,heat press, | $ 1,040,040.43 | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 1,040,040.43 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 5120 NW 165th Street , bays 101&102, Miami Gardens, FL 33014 | lease tenant | $ 380,378.28 | lease value | $ 380,378.28 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 380,378.28

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>www.miamitees.us | $ 0.00 | cost | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Miami Tees, Inc.
          _____          Case number (if known)_____
          Name

---

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11:   All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

_____    _____ – _____  = ➜  $_____
                                       Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73.  **Interests in insurance policies or annuities**

_____                          $_____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim       _____
Amount requested      $_____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim       _____
Amount requested      $_____

76.  **Trusts, equitable or future interests in property**

_____                          $_____

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Employee Cash Advances                                             $ 2,200.00
Prepaid interest                                                   $ -1,581.30

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $ 618.70

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

Debtor    Miami Tees, Inc.
_____    Case number *(if known)*_____
          Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 8,792.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 8,417.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 185,133.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 153,329.17 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 85,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,040,040.43 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................... ➔ | | $ 380,378.28 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 618.70 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,481,832.04 | **+** 91b. $ 380,378.28 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................    $ 1,862,210.32

---

**Fill in this information to identify the case:**

Debtor name __Miami Tees, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Bank of America, N.A.

**Describe debtor's property that is subject to a lien**
All inventory, chattel paper, accounts, equipment and general intangibles, as well as all proceeds thereof

Column A: $ 115,564.00    Column B: $ 1,396,332.04

**Creditor's mailing address**
FL9-100-02-10; P.O. Box 40329
Jacksonville, FL 32203-0329

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** 10/07/2002

**Last 4 digits of account number** 1 1 4 0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
I.R.S. - second; Hunter Caroline - third;
Yellowstone Capital, LLC - fourth

**2.2**

**Creditor's name**
Internal Revenue Service

**Describe debtor's property that is subject to a lien**
All debtor's property

Column A: $ 481,220.00    Column B: $ 1,862,210.32

**Creditor's mailing address**
51 SW 1st Avenue, 7th Floor Stop
5130, Miami, FL 33130-1608

**Describe the lien**
Federal tax lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** 11/19/2014

**Last 4 digits of account number** 9 7 2 4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 926,044.50

Debtor  Miami Tees, Inc.
Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**  Creditor's name

Florida Department of Revenue

**Creditor's mailing address**

8175 NW 12th Street
Miami, FL 33126-1828

**Creditor's email address, if known**

_____

Date debt was incurred  06/05/2015

Last 4 digits of account number  9 7 2 4

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

real property interests

$ 21,981.04     $ 380,378.28

**Describe the lien**

state tax lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**  Creditor's name

Yellowstone Capital, LLC

**Creditor's mailing address**

18321 West Dixie Hwy, #204
Miami, FL 33160

**Creditor's email address, if known**

_____

Date debt was incurred  12/24/2015

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

All debtor's assets, including, but not limited to, accounts, chattel paper, inventory, equipment, and general intangibles, as well as proceeds of the foregoing.

$ 38,000.00     $ 1,396,332.04

**Describe the lien**

UCC-1

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor     Miami Tees, Inc.
           Name
                                                          Case number (if known) _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

The Firestone Group, Inc.

**Creditor's mailing address**

8175 NW 12th Street
Miami, FL 33126-1828

**Creditor's email address, if known**

_____

Date debt was incurred    07/01/2015
Last 4 digits of account
number                    9 7 2 4

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Kornit Digital Kornit Storm II direct on garment digital printer, P/N 70-MACH-9312, S/N 931-434

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 269,279.46    $ 150,599.13

---

**2._** Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

Date debt was incurred    _____
Last 4 digits of account
number                    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　　_____
　　　_____
　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

**Fill in this information to identify the case:**

Debtor          Miami Tees, Inc.

United States Bankruptcy Court for the:    Southern    District of   Florida
                                                                    (State)

Case number
(If known)

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Miami-Dade Tax Collector

140 W. Flagler Street

Miami, FL 33128

**Date or dates debt was incurred**
07/15/2014

**Last 4 digits of account number**   9  7  2  4

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**  $ 12,000.00      $ 12,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
personal property taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**  $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Miami Tees, Inc.
Name

Case number (if known)

---

**Part 1.** **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

2.___  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

2.___  **Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor    Miami Tees, Inc.
          Name

Case Number (if known) _____

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Ibis Capital Group

45 JF Kennedy Dr.

Stony Pt., NY 10980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___contract___

$ 29,000.00

Date or dates debt was incurred ___10/16/2015___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

IOU Financial Inc.

600 TownPark Lane, Suite 100

Kennesaw, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___contract___

$ 75,000.00

Date or dates debt was incurred ___08/13/2015___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

The Realty Associates Fund X, L.P.

c/o PGM Industrial, LLC
10598 NW South River Drive
Miami, FL 33178
Attention: Property Manager

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___lease agreement___

$ 380,378.28

Date or dates debt was incurred ___01/01/2015___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Miami Tees, Inc.
          Name                                                              Case number (if known)

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. The Realty Associates Fund X, L.P.<br>c/o TA Associates Realty<br>28 State Street<br>Boston, MA 02109<br>Attention: Asset Manager - Miami | Line _3.3_<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Miami Tees, Inc.
        _____  Case number (*if known*) _____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | | 5a. | $ 12,000.00 |
| 5b. **Total claims from Part 2** | | 5b. + | $ 484,378.28 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ 496,378.28 |

**Fill in this information to identify the case:**

Debtor name __Miami Tees, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __Florida__
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 5120 NW 165th Street, Bays #101 and 102, debtor is tenant | The Realty Associates Fund X, L.P. c/o PGM Industrial, LLC 10598 NW South River Drive Miami, FL 33178 Attention: Property Manager |
|---|---|---|---|
| | State the term remaining | Through December 31, 2017 | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 5120 NW 165th Street, Bays #101 and 102, debtor is tenant | The Realty Associates Fund X, L.P. c/o TA Associates Realty 28 State Street Boston, MA 02109 Attention: Asset Manager - Miami |
|---|---|---|---|
| | State the term remaining | Through December 31, 2017 | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Kornit Digital, P/N 70-MACH-9312 debtor is lessee | The Firestone Group P.O. Box 810363 Boca Raton, FL 33481 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Miami Tees, Inc._____

United States Bankruptcy Court for the: ___Southern_____ District of ___Florida___
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................     $ 380,378.28

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................     $ 1,481,832.04

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................     $ 1,862,210.32

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............     $ 926,044.50

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................     $ 12,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................     + $ 484,378.28

4. **Total liabilities**...........................................................................     $ 1,422,422.78
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Miami Tees, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2016 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 296,143.13 |
| **For prior year:** From 01/01/2015 to 12/31/2015<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 2,896,812.40 |
| **For the year before that:** From 01/01/2014 to 12/31/2104<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 3,096,103.94 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor    Miami Tees, Inc.
_____    Case number *(if known)* _____
Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | AT&T<br><sub>Creditor's name</sub><br><br><sub>Street</sub><br>One AT&T Way<br>Bedminster          NJ      07921<br><sub>City                State        ZIP Code</sub> | 02/01/:<br><br>03/08/:<br><br>_____ | $ 22,092.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Miami Screen Print Supply, Inc.<br><sub>Creditor's name</sub><br>5566 N.W. 161 STREET<br><sub>Street</sub><br><br>MIAMI GARDENS    FL    33014<br><sub>City                State        ZIP Code</sub> | 12/09 -<br><br>03/08<br><br>_____ | $ 21,325.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider since the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael J. Chavez<br><sub>Insider's name</sub><br>11515 SW 87 Avenue<br><sub>Street</sub><br><br>Miami,          FL      33176<br><sub>City                State        ZIP Code</sub><br><br>**Relationship to debtor**<br>President and sole shareholder | _____ | $ 48,000.00 | officer salaries<br><br>_____ |
| 4.2. | _____<br><sub>Insider's name</sub><br>_____<br><sub>Street</sub><br>_____<br><br>_____<br><sub>City                State        ZIP Code</sub><br><br>**Relationship to debtor**<br>_____ | _____ | $ _____ | _____<br><br>_____<br><br>_____ |

---

Debtor   Miami Tees, Inc.
_____
Name

Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The Realty Associates Fund X, LP, as s/i/i Lucky's Arcade, Inc. v. Miami Tees, dba Tees to Plees | Eviction | 11th Judicial Circuit, Miami-Dade<br>Name<br>73 West Flagler Street<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | Miami          FL          33130<br>City          State          ZIP Code | |
| | 2014-032457-CA-01 | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | Name<br>Street<br>City          State          ZIP Code | |

---

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City        State        ZIP Code | Case number | Street |
| | _____ | |
| | Date of order or assignment | City        State        ZIP Code |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | _____ | _____ | $_____ |
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

| Debtor | Miami Tees, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Maguire Law Chartered | | 03/07/2016 | $ 11,700.00 |
| | **Address** | | | |
| | 400 Columbia Drive, Suite 100 | | | |
| | Street | | | |
| | West Palm Beach,    FL 33409 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | www.maguire-law.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor     Miami Tees, Inc.
           _____     Case number (if known)_____
           Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City       State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City       State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____   To _____ |
| | _____ City       State       ZIP Code | |
| 14.2. | _____ Street | From _____   To _____ |
| | _____ City       State       ZIP Code | |

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
          Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City          State          ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    <u>Miami Tees, Inc.</u>
Name

Case number *(if known)*_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name <br> _____ Street <br> _____ <br> _____ City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City         State        ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | _____ | _____ | ☐ Concluded |
| _____ | Street | | |
| | _____ | | |
| | City         State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City         State      ZIP Code | City         State      ZIP Code | | |

---

Debtor    Miami Tees, Inc.
_____    Case number (if known)_____
           Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From _____ To _____ |
| 25.2. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From _____ To _____ |
| 25.3. | _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From _____ To _____ |

---

Debtor   Miami Tees, Inc.
_____
         Name

Case number (*if known*)_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | From _____   To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | _____<br>_____<br>_____ |

Debtor    Miami Tees, Inc.
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State           ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                    State           ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                    State           ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State           ZIP Code |

Debtor    Miami Tees, Inc.
_____
Name

Case number (*if known*)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____

_____
City                                    State           ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael J. Chavez | 11515 SW 87 Avenue, Miami, FL 33176 | President/shareholder | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ | | _____ | |
| _____ City                State          ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Miami Tees, Inc.
_____
Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| **Name and address of recipient** | _____ | _____ | _____ |
| 30.2 _____ | | _____ | |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | | |
| City                State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/09/2016
_____
MM  / DD  / YYYY

✗ /s/ Michael J. Chavez
_____
Signature of individual signing on behalf of the debtor

Printed name   Michael J. Chavez
_____

Position or relationship to debtor   President and sole shareholder
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor:  Miami Tees, Inc.

3. Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 3.3 ___ Nazdar ___ <br> ___ 13160 NW 43rd Ave ___ <br> ___ Opa Locka, FL 33054 ___ | 01/01/2016 ___ <br> 03/08/2016 ___ | $46,880.09 | ___ Supplier or Vendor ___ |
| 3.4 ___ The Realty Associates Fund X, LP ___ <br> ___ Landlord, C/O TA Associates Realty ___ <br> ___ 28 State Street ___ <br> ___ Boston, Massachusetts  02109 ___ | 01/01/2016 ___ <br> 03/08/2016 ___ | $56,357.63 | ___ Supplier or Vendor ___ |

Landlord, C/O PGM Industrial, LLC, 10598 NW South River Drive, Miami, Florida 33178  Attention: Property Manager ___

| | | | |
|---|---|---|---|
| 3.5 ___ United States Treasury ___ <br> ___ Francis Yanes, R.O. (#0577962) ___ <br> ___ SBSE ___ <br> ___ 51 SW 1st Ave, Room 700 ___ <br> ___ Miami,  FL  33130 ___ | 01/01/2016 ___ <br> 03/08/2016 ___ | $47,917.50 | ___ Supplier or Vendor ___ |

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s.*

OMB No. 1545-0123

**2014**

For calendar year 2014 or tax year beginning _____ , 2014, ending _____

| A | S election effective date | 09/01/93 | **TYPE OR PRINT** | Name. Miami Tees, Inc. | D | Employer identification number 65-0069724 |
|---|---|---|---|---|---|---|
| B | Business activity code number (see instrs) | 323100 | | Number, street, and room or suite no. If a P.O. box, see instructions. 5120 NW 165th Street, Bay #101 | E | Date incorporated 09/01/93 |
| C | Check if Schedule M-3 attached | | | City or town, state or province, country, and ZIP or foreign postal code  Miami Gardens   FL 33014 | F | Total assets (see instructions) $  774,684. |

G   Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed

H   Check if:  **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change
**(4)** ☒ Amended return  **(5)** ☐ S election termination or revocation

I   Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . ►   1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| 1 a | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . | 1a | 3,134,631. |
| b | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1c | 3,134,631. |
| 2 | Cost of goods sold (attach Form 1125-A). . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 861,344. |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 2,273,287. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797). . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5. . . . . . . . . . . . . . . . . . . . . . . . . ► | 6 | 2,273,287. |

**DEDUCTIONS** (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . . . . | 7 | 48,400. |
| 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . | 8 | 1,124,648. |
| 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 26,407. |
| 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 164,952. |
| 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | 148,594. |
| 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13 | 33,669. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . . | 14 | 132,901. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 1,404. |
| 17 | Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Other deductions (attach statement) . . . . . STMT . . . . . . . . . . . . . . . . . . . . | 19 | 486,727. |
| 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . . ► | 20 | 2,167,702. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . . . . . | 21 | 105,585. |

**TAX AND PAYMENTS**

| | | | |
|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . . | 22a | |
| b | Tax from Schedule D (Form 1120S) . . . . . . . . . . . . . . . . . . . | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . . . | 22c | |
| 23 a | 2014 estimated tax payments and 2013 overpayment credited to 2014 . . . . . | 23a | |
| b | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . | 23b | 0. |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . | 23c | |
| d | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23d | 0. |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . ► ☐ | 24 | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . | 25 | 0. |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . | 26 | |
| 27 | Enter amount from line 26 Credited to 2015 estimated tax  ►  ____  Refunded ► | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____       ► President

Signature of officer   Date        Title

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| S. Alexander Moghadasi, CPA | | 10/12/15 | | P00041788 |
| Firm's name ► Ryan Consulting Group, P.A. | | | Firm's EIN ► 38-3906404 | |
| Firm's address ► 8875 Hidden River Parkway, Suite 300  Tampa   FL 33637 | | | Phone no. (813) 367-2350 | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**        SPSA0112  06/06/14        Form **1120S** (2014)

Form 1120S (2014)   Miami Tees, Inc.                                    65-0069724                        Page **2**

## Schedule B   Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  **a** ☐ Cash   **b** ☐ Accrual   **c** ☒ Other (specify) ► Modified Cash |  |  |
| 2 | See the instructions and enter the: |  |  |
|  | a Business activity ► Printing & Manufacturing   b Product or service ► Apparel |  |  |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation |  |  X |
| 4 | At the end of the tax year, did the corporation: |  |  |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  |  X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | ◄ |
|  |  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below |  |  X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  | ◄ |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i) Total shares of restricted stock .................► |  |  |
|  | (ii) Total shares of non-restricted stock .................► |  |  |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | (i) Total shares of stock outstanding at the end of the tax year .................► |  |  |
|  | (ii) Total shares of stock outstanding if all instruments were executed .................► |  |  |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? |  | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount .................► ☐ |  |  |
|  | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) .................►$ |  |  |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year .........$ |  |  |
| 10 | Does the corporation satisfy both of the following conditions? |  |  |
|  | a The corporation's total receipts (see instructions) for the tax year were less than $250,000 |  |  |
|  | b The corporation's total assets at the end of the tax year were less than $250,000 |  | X |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? |  | X |
|  | If "Yes," enter the amount of principal reduction .................$ |  |  |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions |  | X |
| 13 a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099? | X |  |
|  | b If "Yes," did the corporation file or will it file required Forms 1099? | X |  |

SP5A0117  12/23/14

Form 1120S (2014)

Form 1120S (2014)  Miami Tees, Inc.                                    65-0069724          Page 3

## Schedule K  Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 105,585. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3 a Other gross rental income (loss) . . . . . . . | 3 a | | |
| | b Expenses from other rental activities (attach statement) . . . . | 3 b | | |
| | c Other net rental income (loss): Subtract line 3b from line 3a | 3 c | |
| | 4 Interest income | 4 | |
| | 5 Dividends:  a Ordinary dividends | 5 a | |
| | b Qualified dividends . . . . . . . | 5 b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8 a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8 a | |
| | b Collectibles (28%) gain (loss) . . . . . . . | 8 b | | |
| | c Unrecaptured section 1250 gain (attach statement) . . . . | 8 c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions)  . . . . Type ► | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12 a Charitable contributions | 12 a | |
| | b Investment interest expense | 12 b | |
| | c Section 59(e)(2) expenditures  (1) Type ►_____ (2) Amount ► | 12 c (2) | |
| | d Other deductions (see instructions) . . . Type ► | 12 d | |
| **Credits** | 13 a Low-income housing credit (section 42(j)(5)) | 13 a | |
| | b Low-income housing credit (other) | 13 b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . | 13 c | |
| | d Other rental real estate credits (see instrs)    Type ►_____ | 13 d | |
| | e Other rental credits (see instrs)    Type ►_____ | 13 e | |
| | f Biofuel producer credit (attach Form 6478) | 13 f | |
| | g Other credits (see instructions) . . . . . Type ► | 13 g | |
| **Foreign Trans-actions** | 14 a Name of country or U.S. possession    ►_____ | | |
| | b Gross income from all sources | 14 b | |
| | c Gross income sourced at shareholder level | 14 c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14 d | |
| | e General category | 14 e | |
| | f Other (attach statement) | 14 f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14 g | |
| | h Other | 14 h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14 i | |
| | j General category | 14 j | |
| | k Other (attach statement) | 14 k | |
| | Other information | | |
| | l Total foreign taxes (check one): ►  ☐ Paid   ☐ Accrued . . . . | 14 l | |
| | m Reduction in taxes available for credit (attach statement) | 14 m | |
| | n Other foreign tax information (attach statement) | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | 15 a Post-1986 depreciation adjustment | 15 a | 2,398. |
| | b Adjusted gain or loss | 15 b | |
| | c Depletion (other than oil and gas) | 15 c | |
| | d Oil, gas, and geothermal properties — gross income | 15 d | |
| | e Oil, gas, and geothermal properties — deductions | 15 e | |
| | f Other AMT items (attach statement) | 15 f | |
| **Items Affec-ting Share-holder Basis** | 16 a Tax-exempt interest income | 16 a | |
| | b Other tax-exempt income | 16 b | |
| | c Nondeductible expenses | 16 c | 2,215. |
| | d Distributions (attach stmt if required) (see instrs) | 16 d | 168,440. |
| | e Repayment of loans from shareholders | 16 e | |

BAA                                      SPSA0134  08/06/14                              Form 1120S (2014)

Form **1120S** (2014)  Miami Tees, Inc.                                    65-0069724              Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | | | Total amount | |
|---|---|---|---|---|---|---|

| Other Infor-mation | 17a Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17a | | |
| | b Investment expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | 17b | | |
| | c Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . . . | | | 17c | | 0. |
| | d Other items and amounts | | | | | |
| | (attach statement) | | | | | |

| Recon-ciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . . . . | | | 18 | | 105,585. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . . . . | | 250. | | 14,189. |
| 2a | Trade notes and accounts receivable . . . . . | | | | |
| b | Less allowance for bad debts . . . . . . . . . | | | | |
| 3 | Inventories . . . . . . . . . . . . . . . . | | 138,518. | | 152,879. |
| 4 | U.S. government obligations . . . . . . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach stmt). . . Ln .6. St . . | | | | 1,700. |
| 7 | Loans to shareholders . . . . . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . . | 1,203,021. | | 1,292,025. | |
| b | Less accumulated depreciation . . . . . . . . . | 627,011. | 576,010. | 696,799. | 595,226. |
| 11a | Depletable assets . . . . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . . . . | | | | |
| 12 | Land (net of any amortization) . . . . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . . | 56,594. | | 56,594. | |
| b | Less accumulated amortization . . . . . . . . | 48,663. | 7,931. | 54,322. | 2,272. |
| 14 | Other assets (attach stmt) . . . Ln .14. St . | | 8,418. | | 8,418. |
| 15 | Total assets . . . . . . . . . . . . . . . . | | 731,127. | | 774,684. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . . . . . | | 56,779. | | 75,846. |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | |
| 18 | Other current liabilities (attach stmt) . . Ln 18. St . | | 405,753. | | 589,192. |
| 19 | Loans from shareholders . . . . . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | 86,475. | | 95,853. |
| 21 | Other liabilities (attach statement) . . . . . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . . . . . . . . | | 5,000. | | 5,000. |
| 23 | Additional paid-in capital . . . . . . . . . . . | | 341,276. | | 69,579. |
| 24 | Retained earnings . . . . . . . . . . . . . . | | -164,156. | | -60,786. |
| 25 | Adjustments to shareholders' equity (att stmt) . . . . . | | | | |
| 26 | Less cost of treasury stock . . . . . . . . . . | | | | |
| 27 | Total liabilities and shareholders' equity . . . . . | | 731,127. | | 774,684. |

SPSA0134  12/23/14                                               Form **1120S** (2014)

Form 1120S (2014)    Miami Tees, Inc.                                    65-0069724          Page 5

**Schedule M-1** Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. The corporation may be required to file Schedule M-3 (see instructions)

| | | | |
|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | 103,370. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ _ _ _ _ _ _ _ _ _ _ |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): |
| | a Depreciation . . . . . $ _ _ _ _ _ _ _ _ | | a Depreciation . . $ _ _ _ _ _ _ _ _ _ _ |
| | b Travel and entertainment . $ _ _ _ _ _ 2,215. | | |
| | | 2,215. | 7 Add lines 5 and 6 . . . . . . . . . . . . . |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . . . | 105,585. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 . . . | 105,585. |

**Schedule M-2** Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . . . . . . . . . . . . . . . | -164,156. | 0. | 0. |
| 2 | Ordinary income from page 1, line 21 . . . . . . . . . . . . . . . . . | 105,585. | | |
| 3 | Other additions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Loss from page 1, line 21 . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 5 | Other reductions . . . . . . . . STMT . . . . . . . . . . . . . . . . | 2,215. | | |
| 6 | Combine lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . | -60,786. | 0. | 0. |
| 7 | Distributions other than dividend distributions . . . . . . . . . . . . . | 0. | 0. | 0. |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . | -60,786. | 0. | 0. |

SPSA0134  12/23/14                                                      Form 1120S (2014)

Form **1125-A**
(Rev December 2012)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
► Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a.*

OMB No. 1545-2225

| Name | | Employer identification number |
|---|---|---|
| Miami Tees, Inc. | | 65-0069724 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 138,518. |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 875,705. |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Other costs (attach schedule). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | **Total. Add lines 1 through 5** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 1,014,223. |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 152,879. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 861,344. |

**9 a** Check all methods used for valuing closing inventory:

    *(i)* [X] Cost

    *(ii)* [ ] Lower of cost or market

    *(iii)* [ ] Other (Specify method used and attach explanation) . . . ► _____

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . ► [ ]

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
    under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . . . . . . [ ] Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and
    closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes [X] No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form 1125-A (Rev 12-2012)

671113

☐ Final K-1     ☒ Amended K-1     OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**        **2014**
Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax

year beginning _____ , 2014
ending _____ .

**Shareholder's Share of Income, Deductions,
Credits, etc**  ▶ See page 2 of form and separate instructions.

| | Part I | Information About the Corporation |
|---|---|---|

**A** Corporation's employer identification number
65-0069724

**B** Corporation's name, address, city, state, and ZIP code
Miami Tees, Inc.
5120 NW 165th Street, Bay #101
Miami Gardens, FL 33014

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

| | Part II | Information About the Shareholder |
|---|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Michael J. Chavez
11515 SW 87th Avenue
Miami, FL 33176

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . . 100.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| **1** | Ordinary business income (loss) | 105,585. | **13** | Credits |
| **2** | Net rental real estate income (loss) | | | |
| **3** | Other net rental income (loss) | | | |
| **4** | Interest income | | | |
| **5a** | Ordinary dividends | | | |
| **5b** | Qualified dividends | | **14** | Foreign transactions |
| **6** | Royalties | | | |
| **7** | Net short-term capital gain (loss) | | | |
| **8a** | Net long-term capital gain (loss) | | | |
| **8b** | Collectibles (28%) gain (loss) | | | |
| **8c** | Unrecaptured section 1250 gain | | | |
| **9** | Net section 1231 gain (loss) | | | |
| **10** | Other income (loss) | | **15** | Alternative minimum tax (AMT) items |
| | | A | | 2,398. |
| **11** | Section 179 deduction | | **16** | Items affecting shareholder basis |
| | | | C | 2,215. |
| **12** | Other deductions | | D | 168,440. |
| | | | **17** | Other information |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**        Schedule K-1 (Form 1120S) 2014

Schedule K-1 (Form 1120S) 2014    Miami Tees, Inc.    65-0069724    **Page 2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1 | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2 | Net rental real estate income (loss) | See the Shareholder's Instructions |
| 3 | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| 4 | Interest Income | Form 1040, line 8a |
| 5 a | Ordinary dividends | Form 1040, line 9a |
| 5 b | Qualified dividends | Form 1040, line 9b |
| 6 | Royalties | Schedule E, line 4 |
| 7 | Net short-term capital gain (loss) | Schedule D, line 5 |
| 8 a | Net long-term capital gain (loss) | Schedule D, line 12 |
| 8 b | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8 c | Unrecaptured section 1250 gain | See the Shareholder's Instructions |
| 9 | Net section 1231 gain (loss) | See the Shareholder's Instructions |
| 10 | Other Income (loss) | |
| | Code | |
| | A  Other portfolio income (loss) | See the Shareholder's Instructions |
| | B  Involuntary conversions | See the Shareholder's Instructions |
| | C  Sec. 1256 contracts and straddles | Form 6781, line 1 |
| | D  Mining exploration costs recapture | See Pub 535 |
| | E  Other income (loss) | See the Shareholder's Instructions |
| 11 | Section 179 deduction | See the Shareholder's Instructions |
| 12 | Other deductions | |
| | A  Cash contributions (50%) | |
| | B  Cash contributions (30%) | |
| | C  Noncash contributions (50%) | |
| | D  Noncash contributions (30%) | See the Shareholder's Instructions |
| | E  Capital gain property to a 50% organization (30%) | |
| | F  Capital gain property (20%) | |
| | G  Contributions (100%) | |
| | H  Investment interest expense | Form 4952, line 1 |
| | I  Deductions — royalty income | Schedule E, line 19 |
| | J  Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K  Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | L  Deductions — portfolio (other) | Schedule A, line 28 |
| | M  Preproductive period expenses | See the Shareholder's Instructions |
| | N  Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | O  Reforestation expense deduction | See the Shareholder's Instructions |
| | P  Domestic production activities information | See Form 8903 Instructions |
| | Q  Qualified production activities income | Form 8903, line 7b |
| | R  Employer's Form W-2 wages | Form 8903, line 17 |
| | S  Other deductions | See the Shareholder's Instructions |
| 13 | Credits | |
| | A  Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B  Low-income housing credit (other) from pre-2008 buildings | |
| | C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | D  Low-income housing credit (other) from post-2007 buildings | |
| | E  Qualified rehabilitation expenditures (rental real estate) | |
| | F  Other rental real estate credits | |
| | G  Other rental credits | |
| | H  Undistributed capital gains credit | Form 1040, line 73, box a |
| | I  Biofuel producer credit | |
| | J  Work opportunity credit | |
| | K  Disabled access credit | See the Shareholder's Instructions |
| | L  Empowerment zone employment credit | |
| | M  Credit for increasing research activities | |

| | | Report on |
|---|---|---|
| | Code | |
| | N  Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| | O  Backup withholding | |
| | P  Other credits | |
| 14 | Foreign transactions | |
| | A  Name of country or U.S. possession | |
| | B  Gross income from all sources | Form 1116, Part I |
| | C  Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D  Passive category | |
| | E  General category | Form 1116, Part I |
| | F  Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | G  Interest expense | Form 1116, Part I |
| | H  Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | I  Passive category | |
| | J  General category | Form 1116, Part I |
| | K  Other | |
| | *Other Information* | |
| | L  Total foreign taxes paid | Form 1116, Part II |
| | M  Total foreign taxes accrued | Form 1116, Part II |
| | N  Reduction in taxes available for credit | Form 1116, line 12 |
| | O  Foreign trading gross receipts | Form 8873 |
| | P  Extraterritorial income exclusion | Form 8873 |
| | Q  Other foreign transactions | See the Shareholder's Instructions |
| 15 | Alternative minimum tax (AMT) items | |
| | A  Post-1986 depreciation adjustment | |
| | B  Adjusted gain or loss | |
| | C  Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D  Oil, gas, & geothermal — gross income | |
| | E  Oil, gas, & geothermal — deductions | |
| | F  Other AMT items | |
| 16 | Items affecting shareholder basis | |
| | A  Tax-exempt interest income | Form 1040, line 8b |
| | B  Other tax-exempt income | |
| | C  Nondeductible expenses | See the Shareholder's Instructions |
| | D  Distributions | |
| | E  Repayment of loans from shareholders | |
| 17 | Other Information | |
| | A  Investment income | Form 4952, line 4a |
| | B  Investment expenses | Form 4952, line 5 |
| | C  Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D  Basis of energy property | See the Shareholder's Instructions |
| | E  Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F  Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G  Recapture of investment credit | See Form 4255 |
| | H  Recapture of other credits | See the Shareholder's Instructions |
| | I  Look-back interest — completed long-term contracts | See Form 8697 |
| | J  Look-back interest — income forecast method | See Form 8866 |
| | K  Dispositions of property with section 179 deductions | |
| | L  Recapture of section 179 deduction | |
| | M  Section 453(l)(3) information | |
| | N  Section 453A(c) information | |
| | O  Section 1260(b) information | |
| | P  Interest allocable to production expenditures | See the Shareholder's Instructions |
| | Q  CCF nonqualified withdrawals | |
| | R  Depletion information — oil and gas | |
| | S  Reserved | |
| | T  Section 108(i) information | |
| | U  Net investment income | |
| | V  Other information | |

**Form 1125-E**
(Rev December 2013)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-2225

Name

Miami Tees, Inc.

Employer identification number

65-0069724

Note. Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | Michael J. Chavez | ███ | 100.0 % | 100.0 % | % | 48,400. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48,400. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48,400. |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

Form 1125-E (Rev 12-2013)

| Form **4562** | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>► Attach to your tax return. | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service    (99) | ► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | | **2014**<br>Attachment<br>Sequence No.  **179** |

Name(s) shown on return: Miami Tees, Inc.
Identifying number: 65-0069724
Business or activity to which this form relates: Form 1120S Line 21

## Part I  Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 . . . . . . ► **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | 428. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | **17** | 125,057. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

### Section B — Assets Placed in Service During 2014 Tax Year Using the General Depreciation System

| (a)<br>Classification of property | (b) Month and<br>year placed<br>in service | (c) Basis for depreciation<br>(business/investment use<br>only — see instructions) | (d)<br>Recovery period | (e)<br>Convention | (f)<br>Method | (g) Depreciation<br>deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | 4,797. | 5.0 yrs | MQ | 200 DB | 1,157. |
| c 7-year property | | 175,250. | 7.0 yrs | MQ | 200 DB | 6,259. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

### Section C — Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 132,901. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . **23** | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.        FDIZ0812  06/24/14        Form **4562** (2014)

Form 4562 (2014)    Miami Tees, Inc.                                    65-0069724    Page 2

**Part V**    **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24 a Do you have evidence to support the business/investment use claimed? . . . . . [X] Yes    No  24b If 'Yes,' is the evidence written? . . . [X] Yes    No

| (a)<br>Type of property<br>(list vehicles first) | (b)<br>Date placed<br>in service | (c)<br>Business/<br>investment<br>use<br>percentage | (d)<br>Cost or<br>other basis | (e)<br>Basis for depreciation<br>(business/investment<br>use only) | (f)<br>Recovery<br>period | (g)<br>Method/<br>Convention | (h)<br>Depreciation<br>deduction | (i)<br>Elected<br>section 179<br>cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . . . . . . |  |  |  |  |  | 25 |  |  |
| 26 Property used more than 50% in a qualified business use: |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 27 Property used 50% or less in a qualified business use: |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . . | 28 |

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . | 29 |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles). . . . . . . . . . . . . . . |  | |  | |  | |  | |  | |  | |
| 31 Total commuting miles driven during the year . . . . . |  | |  | |  | |  | |  | |  | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . |  | |  | |  | |  | |  | |  | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . |  | |  | |  | |  | |  | |  | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . |  |  |  |  |  |  |  |  |  |  |  |  |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . |  |  |  |  |  |  |  |  |  |  |  |  |
| 36 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |  |  |  |  |  |  |  |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . |  |  |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . . . . Note: If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles. |  |  |

**Part VI**    **Amortization**

| | (a)<br>Description of costs | (b)<br>Date amortization<br>begins | (c)<br>Amortizable<br>amount | (d)<br>Code<br>section | (e)<br>Amortization<br>period or<br>percentage | (f)<br>Amortization<br>for this year |
|---|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year (see instructions): |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 43 Amortization of costs that began before your 2014 tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 43 | 5,659. |
| 44 Total. Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . | | | | | 44 | 5,659. |

FDIZ0812 08/24/14                                                                Form **4562** (2014)

**Form 4562**

Miami Tees, Inc.
Form 1120S - Line 21

**2014**

**Depreciation and Amortization Report**

Tax Year 2014
► Keep for your records

65-0069724

| Asset Description | Code | Date In Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| Computer -- HP 19.5" | | 06/27/14 | 374 | | 100.00 | | | 374 | 5.00 | 200DB/MQ | | 94 |
| Printer -- Epson T7000 | | 06/30/14 | 3,995 | | 100.00 | | | 3,995 | 5.00 | 200DB/MQ | | 999 |
| Laptop -- ASUS -- 15.6" | | 07/26/14 | 856 | | 100.00 | | 428 | 428 | 5.00 | 200DB/MQ | | 64 |
| Direct on Garnet Printer - 9314 Kornit | | 12/15/14 | 175,250 | | 100.00 | | | 175,250 | 7.00 | 200DB/MQ | | 6,259 |
| SUBTOTAL CURRENT YEAR | | | 180,475 | 0 | | 0 | 428 | 180,047 | | | 0 | 7,416 |
| | | | | | | | | | | | | |
| Screen Exposer | | 06/17/98 | 2,800 | | 100.00 | | | 2,800 | 7.00 | 200DB/HY | 2,800 | 0 |
| Diamond Chase Frames | | 04/29/02 | 625 | | 100.00 | | | 625 | 7.00 | 200DB/HY | 625 | 0 |
| Precision Gas Dryer | | 04/29/02 | 4,000 | | 100.00 | | | 4,000 | 7.00 | 200DB/HY | 4,000 | 0 |
| M&R Challanger | | 04/29/02 | 38,000 | | 100.00 | | | 38,000 | 7.00 | 200DB/HY | 38,000 | 0 |
| Oven | | 02/25/03 | 1,500 | | 100.00 | | | 1,500 | 7.00 | 200DB/HY | 1,500 | 0 |
| Leasehold Improvements | | 03/10/03 | 32,644 | | 100.00 | | | 32,644 | 39.00 | SL/MM | 20,523 | 430 |
| Ink Mixer | | 05/12/03 | 795 | | 100.00 | | | 795 | 7.00 | 200DB/HY | 795 | 0 |
| Washer & Dryer | | 09/12/03 | 2,345 | | 100.00 | | | 2,345 | 7.00 | 200DB/HY | 2,345 | 0 |
| Printer | | 11/30/03 | 7,993 | | 100.00 | | | 7,993 | 7.00 | 200DB/HY | 7,993 | 0 |
| Machinery | | 07/30/04 | 35,000 | | 100.00 | | | 35,000 | 7.00 | 200DB/HY | 35,000 | 0 |
| Leasehold Improvements | | 09/01/06 | 23,950 | | 100.00 | | | 23,950 | 7.00 | SL/HY | 23,950 | 0 |
| Machinery | | 02/18/07 | 17,935 | | 100.00 | | | 17,935 | 7.00 | 200DB/HY | 17,135 | 800 |
| Machinery | | 08/20/07 | 8,500 | | 100.00 | | | 8,500 | 7.00 | 200DB/HY | 8,121 | 379 |
| Machinery (DOBBS) | | 01/08/08 | 4,500 | | 100.00 | | | 4,500 | 7.00 | 200DB/HY | 3,898 | 401 |
| Machinery (PRO-Ad Sports) | | 02/27/08 | 5,000 | | 100.00 | | | 5,000 | 7.00 | 200DB/HY | 4,331 | 446 |
| Oven | | 03/10/08 | 7,900 | | 100.00 | | | 7,900 | 7.00 | 200DB/HY | 6,843 | 705 |
| Machinery (Sentech) | | 05/08/08 | 10,000 | | 100.00 | | | 10,000 | 7.00 | 200DB/HY | 8,661 | 893 |
| Equipment | | 06/30/08 | 19,750 | | 100.00 | | | 19,750 | 7.00 | 200DB/HY | 17,106 | 1,763 |
| Oven | | 09/15/08 | 5,335 | | 100.00 | | | 5,335 | 7.00 | 200DB/HY | 4,620 | 477 |
| Machinery | | 12/03/08 | 4,549 | | 100.00 | | | 4,549 | 7.00 | 200DB/HY | 3,940 | 406 |
| Forklift | | 07/10/10 | 6,500 | | 100.00 | | | 6,500 | 7.00 | 200DB/HY | 3,454 | 870 |
| Prism (SCR PR System) | | 10/08/10 | 105,499 | | 100.00 | | | 105,499 | 5.00 | 200DB/HY | 105,469 | 20 |
| Printing Equipment | | 01/11/11 | 490,443 | | 100.00 | | | 490,443 | 10.00 | 200DB/HY | 207,948 | 56,499 |
| Office Furniture | | 07/01/13 | 21,750 | | 100.00 | | | 21,750 | 7.00 | 200DB/HY | 3,107 | 5,327 |
| Computers | | 07/01/13 | 28,500 | | 100.00 | | | 28,500 | 5.00 | 200DB/HY | 5,700 | 9,120 |
| Machinery | | 07/01/13 | 90,737 | | 100.00 | | | 90,737 | 7.00 | 200DB/HY | 12,962 | 22,221 |
| Printing Equipment | | 07/01/13 | 135,000 | | 100.00 | | | 135,000 | 10.00 | 200DB/HY | 13,500 | 24,300 |
| | | | | | | | | | | | | |
| SUBTOTAL PRIOR YEAR | | | 1,111,550 | 0 | | 0 | 0 | 1,111,550 | | | 564,326 | 125,057 |

**Code:** S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

Miami Tees, Inc.

Form 1120S - Line 21

**Depreciation and Amortization Report**

Tax Year 2014
► Keep for your records

**2014**

65-0069724

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | 1,292,025 | 0 | | 0 | 428 | 1,291,597 | | | 564,326 | 132,473 |
| AMORTIZATION | | | | | | | | | | | | |
| Intangible Asset | | 08/23/11 | 56,594 | | 100.00 | | | 56,594 | 10.00 | | 48,663 | 5,659 |
| SUBTOTAL PRIOR YEAR | | | 56,594 | | | 0 | 0 | 56,594 | | | 48,663 | 5,659 |
| TOTALS | | | 56,594 | | | 0 | 0 | 56,594 | | | 48,663 | 5,659 |

**Code:** S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

Miami Tees, Inc.

Form 1120S — Line 21

**2014**

65-0069724

**Alternative Minimum Tax Depreciation Report**

Tax Year 2014
► Keep for your records

| Asset Description | Code | Date In Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation | Adjustment/ Preference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEPRECIATION** | | | | | | | | | | | | | |
| Computer - HP 19.5" | | 06/27/14 | 374 | | 100.00 | | | 374 | 5.00 | 150DB/MQ | | 70 | 24. |
| Printer - Epson T7000 | | 06/30/14 | 3,995 | | 100.00 | | | 3,995 | 5.00 | 150DB/MQ | | 749 | 250. |
| Laptop - ASUS - 15.6" | | 07/26/14 | 856 | | 100.00 | | 428 | 428 | 5.00 | 200DB/MQ | | 64 | 0. |
| Direct on Garnet Printer - Mill Kemit | | 12/15/14 | 175,250 | | 100.00 | | | 175,250 | 7.00 | 150DB/MQ | | 4,694 | 1,565. |
| SUBTOTAL CURRENT YEAR | | | 180,475 | 0 | | 0 | 428 | 180,047 | | | 0 | 5,577 | 1,839. |
| | | | | | | | | | | | | | |
| Screen Exposer | | 06/17/98 | 2,800 | | 100.00 | | | 2,800 | 12.00 | 150DB/HY | | 0 | 0. |
| Diamond Chase Frames | | 04/29/02 | 625 | | 100.00 | | | 625 | 7.00 | 150DB/HY | | 0 | 0. |
| Precision Gas Dryer | | 04/29/02 | 4,000 | | 100.00 | | | 4,000 | 7.00 | 150DB/HY | | 0 | 0. |
| M&R Challanger | | 04/29/02 | 38,000 | | 100.00 | | | 38,000 | 7.00 | 150DB/HY | | 0 | 0. |
| Oven | | 02/25/03 | 1,500 | | 100.00 | | | 1,500 | 7.00 | 150DB/HY | | 0 | 0. |
| Leasehold Improvements | | 03/10/03 | 32,644 | | 100.00 | | | 32,644 | 39.00 | SL/MM | | 837 | -407. |
| Ink Mixer | | 05/12/03 | 795 | | 100.00 | | | 795 | 7.00 | 150DB/HY | | 0 | 0. |
| Washer & Dryer | | 09/12/03 | 2,345 | | 100.00 | | | 2,345 | 7.00 | 150DB/HY | | 0 | 0. |
| Printer | | 11/30/03 | 7,993 | | 100.00 | | | 7,993 | 7.00 | 150DB/HY | | 0 | 0. |
| Machinery | | 07/30/04 | 35,000 | | 100.00 | | | 35,000 | 7.00 | 150DB/HY | | 0 | 0. |
| Leasehold Improvements | | 09/01/06 | 23,950 | | 100.00 | | | 23,950 | 7.00 | SL/HY | | 0 | 0. |
| Machinery | | 02/18/07 | 17,935 | | 100.00 | | | 17,935 | 7.00 | 150DB/HY | | 1,098 | -298. |
| Machinery | | 08/20/07 | 8,500 | | 100.00 | | | 8,500 | 7.00 | 150DB/HY | | 521 | -142. |
| Machinery (DOBBS) | | 01/08/08 | 4,500 | | 100.00 | | | 4,500 | 7.00 | 150DB/HY | | 551 | -150. |
| Machinery (PRO-M4 Sports) | | 02/27/08 | 5,000 | | 100.00 | | | 5,000 | 7.00 | 150DB/HY | | 613 | -167. |
| Oven | | 03/10/08 | 7,900 | | 100.00 | | | 7,900 | 7.00 | 150DB/HY | | 967 | -262. |
| Machinery (Sentech) | | 05/08/08 | 10,000 | | 100.00 | | | 10,000 | 7.00 | 150DB/HY | | 1,225 | -332. |
| Equipment | | 06/30/08 | 19,750 | | 100.00 | | | 19,750 | 7.00 | 150DB/HY | | 2,419 | -656. |
| Oven | | 09/15/08 | 5,335 | | 100.00 | | | 5,335 | 7.00 | 150DB/HY | | 653 | -176. |
| Machinery | | 12/03/08 | 4,549 | | 100.00 | | | 4,549 | 7.00 | 150DB/HY | | 557 | -151. |
| Forklift | | 07/10/10 | 6,500 | | 100.00 | | | 6,500 | 7.00 | 150DB/HY | | 796 | 74. |
| Prism (SCR PR System) | | 10/08/10 | 105,499 | | 100.00 | | | 105,499 | 5.00 | 150DB/HY | | 17,576 | -17,556. |
| Printing Equipment | | 01/11/11 | 490,443 | | 100.00 | | | 490,443 | 10.00 | 150DB/HY | | 49,165 | 7,334. |
| Office Furniture | | 07/01/13 | 21,750 | | 100.00 | | | 21,750 | 7.00 | 150DB/HY | 2,330 | 4,161 | 1,166. |
| Computers | | 07/01/13 | 28,500 | | 100.00 | | | 28,500 | 5.00 | 150DB/HY | 4,275 | 7,268 | 1,852. |
| Machinery | | 07/01/13 | 90,737 | | 100.00 | | | 90,737 | 7.00 | 150DB/HY | 9,722 | 17,360 | 4,861. |
| Printing Equipment | | 07/01/13 | 135,000 | | 100.00 | | | 135,000 | 10.00 | 150DB/HY | 10,125 | 18,731 | 5,569. |
| | | | | | | | | | | | | | |
| SUBTOTAL PRIOR YEAR | | | 1,111,550 | 0 | | 0 | 0 | 1,111,550 | | | 26,452 | 124,498 | 559. |

Code:  S = Sold, A = Auto, L = Listed, C = COGS

FDIV3701  05/20/14

**Form 4562**

Miami Tees, Inc.
Form 1120S - Line 21

**Alternative Minimum Tax Depreciation Report**

Tax Year 2014
► Keep for your records

**2014**

65-0069724

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/Convention | Prior Depreciation | Current Depreciation | Adjustment/Preference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | 1,292,025 | 0 | | 0 | 428 | 1,291,597 | | | 26,452 | 130,075 | 2,398. |

Code: S = Sold, A = Auto, L = Listed, C = COGS

FDIV3701 05/20/14

Page 2 of 2

Miami Tees, Inc.    65-0069724

**Form 1120S, Page 1, Line 19**
**Other Deductions**

| | |
|---|---:|
| Accounting | 106,136. |
| Amortization | 5,659. |
| Automobile and truck expense | 10,617. |
| Bank charges | 15,705. |
| Commissions | 79,186. |
| Computer services and supplies | 3,455. |
| Dues and subscriptions | 2,559. |
| Insurance | 57,106. |
| Meals and entertainment (50%) | 2,215. |
| Office expense | 12,617. |
| Security | 2,813. |
| Supplies | 2,421. |
| Telephone | 11,887. |
| Travel | 5,731. |
| Utilities | 109,149. |
| Internet | 23,344. |
| Sales Tax | 18,224. |
| Payroll Fees | 3,531. |
| Waste Removal | 14,372. |
| | |
| Total | 486,727. |

**Other Current Assets:**
**1120S, Schedule L, Line 6**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Employee Cash Advance | | 1,700. |
| Total | | 1,700. |

**Other Assets:**
**1120S, Schedule L, Line 14**

| Other Assets: | Beginning of tax year | End of tax year |
|---|---:|---:|
| Deposits | 8,418. | 8,418. |
| Total | 8,418. | 8,418. |

**Other Current Liabilities:**
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---:|---:|
| AMEX C.C. | 6,300. | |
| Chase Master C.C. | 21,263. | |
| Chase Visa C.C. | 18,215. | |
| Loans | 23,307. | 32,150. |

Miami Tees, Inc.    65-0069724

2

Other Current Liabilities:                                    Continued
**1120S, Schedule L, Line 18**

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| C.C. Payable | | 27,502. |
| Payroll Liabilities | 336,668. | |
| Tangible Tax Payable | | 21,000. |
| Loan Payable – Firestone Group (70 Mach. 9314) | | 173,361. |
| Sales Tax Payable | | 1,581. |
| Payroll Tax Liabilities – 941 | | 300,312. |
| Payroll Tax Liabilities – FUTA | | 5,520. |
| Payroll Tax Liabilities – State | | 27,766. |
| Total | 405,753. | 589,192. |

Form 1120S, Page 5, Schedule M-2, Line 5
**Schedule M-2, Other Reductions**

| | | |
|---|---|---|
| Meals and entertainment | 2,215. | |
| Total | 2,215. | |

Shareholders' Basis Report - 2013
**Stock and Loan Basis**

Shareholder . . . Michael J. Chavez            ID No. ▓▓▓▓▓▓▓

| Basis Type | Beginning Balance | Increases | Decreases | Distributions | Ending Balance |
|---|---|---|---|---|---|
| Stock . . . . . . . | 280,243. | -100,795. | 2,215. | 168,440. | 8,793. |
| Loan . . . . . . . | 0. | | | | 0. |
| Total . . . . . . . | 280,243. | -100,795. | 2,215. | 168,440. | 8,793. |

## Amended Return Explanation Statement
### For Electronic Filing Only

| Name | Identification Number |
|---|---|
| Miami Tees, Inc. | 65-0069724 |

| Line # | Description | As Previously Reported | As Amended |
|---|---|---|---|
| | **Explanation** | | |
| 14 | Depreciation | 125,057. | 132,409. |
| | Removed Section 179 election for all assets purchased in 2014. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

amdexpl.SCR 02/12/15

11:47 AM

03/01/16

Accrual Basis

# MIAMI TEES INC.
# Profit & Loss
## January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Cash Discrepancies (Cash Discrepancies)** | |
| Overages (Cash Overages) | 0.26 |
| **Total Cash Discrepancies (Cash Discrepancies)** | 0.26 |
| **SALES** | |
| Charge Backs & Credits Merch. | -5.00 |
| CONTRACT PRINTING SALES | 2,412,053.38 |
| FINISHED MER/FULL PACKAG SALES | 159.00 |
| INTERNET / WALK IN SALES | 457,498.86 |
| SALES - Other | 27,105.90 |
| **Total SALES** | 2,896,812.14 |
| **Total Income** | 2,896,812.40 |
| **Cost of Goods Sold** | |
| BLANK TEE SHIRTS | 136,145.90 |
| **CONTRACT ART WORK** | |
| Pixel Master | -606.00 |
| Various Others | 38,437.50 |
| CONTRACT ART WORK - Other | 23,267.00 |
| **Total CONTRACT ART WORK** | 61,098.50 |
| **CONTRACT PRINTERS & EMBROIDERS** | |
| INFINITY | 58,489.60 |
| MULTI GRAAPHICS | 54.00 |
| PREMIUM PRINTING INC. | 2,666.77 |
| Rainbow | 413.50 |
| Stunning USA | 11,686.95 |
| Van Lex | 7,117.20 |
| CONTRACT PRINTERS & EMBROIDERS - Other | 2,621.93 |
| **Total CONTRACT PRINTERS & EMBROIDERS** | 83,049.95 |
| COST OF MERCHANDISE SOLD | 16,182.19 |
| DISPLAYS (Point Of Sales) | 1,120.07 |
| **FREIGHT LOCAL/UPS** | |
| Fed-X | 65.25 |
| Frank Delivery Service | 12,565.00 |
| Major | 1,365.00 |
| MISC. | 2,238.00 |
| UPS | 10,171.05 |
| FREIGHT LOCAL/UPS - Other | 1,420.10 |
| **Total FREIGHT LOCAL/UPS** | 27,824.40 |
| **FREIGHT OUT OF STATE & INT. 1** | |
| Freight Incomming | 52.00 |
| **Total FREIGHT OUT OF STATE & INT. 1** | 52.00 |
| **SUPPLIES PRINTING & PACKING** | |
| DTG SUPPLIES | 60.00 |
| Packing Supplies (Boxes, Tape, Hangers, etc) | 1,992.41 |
| Printing Supplies (Ink, Chemicals, Material, etc) | 288,608.67 |
| SUPPLIES PRINTING & PACKING - Other | 4,262.72 |
| **Total SUPPLIES PRINTING & PACKING** | 294,923.80 |
| **Total COGS** | 620,396.81 |
| **Gross Profit** | 2,276,415.59 |

11:47 AM

03/01/16

Accrual Basis

# MIAMI TEES INC.
## Profit & Loss
### January through December 2015

|  | Jan - Dec 15 |
|---|---|
| **Expense** |  |
| Adjustments | 0.40 |
| ADVERTISING | 8,007.11 |
| APPLICATIONS AND FEES | 2,344.97 |
| **AUTOMOBILE EXPENSES** |  |
| Auto Lease Hyundai Mark | 179.54 |
| Auto Lease Hyundai Santiago | 5,148.00 |
| Gasoline | 20.00 |
| **Total AUTOMOBILE EXPENSES** | 5,347.54 |
| **BANK CHARGES** |  |
| BANK SERVICE CHG. | -4,907.92 |
| Check Printing Chg. | 242.96 |
| Misc. Bank Service Charges | 981.73 |
| PayPal Fee | 19.73 |
| Wire Transfer Fee | 3,150.00 |
| BANK CHARGES - Other | 172.00 |
| **Total BANK CHARGES** | -341.50 |
| **Bank Service Charges** | 885.00 |
| **BLDG. REPAIR AND MAINTENANCE** |  |
| Air Conditioned - Various | 804.19 |
| BUILDING ELECTRIC UPGRADE | 125.86 |
| Equipment Repairs | 23,456.19 |
| Phone/Computer Insta. & Repair | 417.30 |
| BLDG. REPAIR AND MAINTENANCE - Other | 60.87 |
| **Total BLDG. REPAIR AND MAINTENANCE** | 24,864.41 |
| **COMMISSION SALES** |  |
| COMMISSION SALES ALOKE BIYANI | 2,700.00 |
| FLAB-U-LESS | 23,800.00 |
| MEHRAN RAHMANPARAST | 1,200.00 |
| Michael Jorge | 1,457.55 |
| PROMOTE-A -TEE |  |
| Plug into my life | 38.91 |
| **Total PROMOTE-A -TEE** | 38.91 |
| WAYNE KING | 1,000.00 |
| COMMISSION SALES - Other | 8,000.00 |
| **Total COMMISSION SALES** | 38,196.46 |
| **COMPUTER RELATED** |  |
| COMPUTER PROGRAMS | 895.03 |
| COMPUTER REPAIR | 486.58 |
| COMPUTER RELATED - Other | 266.86 |
| **Total COMPUTER RELATED** | 1,648.47 |
| **CREDIT CARD PAYMENTS** |  |
| Credit Card Service Charges | 8,639.01 |
| CREDIT CARD PAYMENTS - Other | 940.29 |
| **Total CREDIT CARD PAYMENTS** | 9,579.30 |
| **DUES and SUBSCRIPTIONS** | 29.92 |
| Equipment & Tool Rental (Equipment Rental) | 3,988.49 |
| Equipment Maintenance | 360.00 |

# MIAMI TEES INC.
# Profit & Loss
## January through December 2015

|  | Jan - Dec 15 |
| --- | ---: |
| **INSURANCE** |  |
| Health Ins. Michael & Family | 15,523.85 |
| Health Ins. Santiago & Sandra | 2,890.15 |
| Liability Insurance (Liability Insurance) | 7,988.17 |
| Life | 1,701.00 |
| Worker Compensation | 27,496.62 |
| **Total INSURANCE** | 55,599.79 |
| **INTEREST EXPENSE** |  |
| Equity Line Interest | 5,052.43 |
| FACTOR INTEREST | 5,914.00 |
| Late Charges | 67.99 |
| Loan Interest | 87,794.50 |
| INTEREST EXPENSE - Other | 19,555.77 |
| **Total INTEREST EXPENSE** | 118,384.69 |
| **INTERNET** |  |
| BASECAMP | 800.00 |
| GO DADDY | 288.36 |
| GOOGLE | 4,843.86 |
| INKSOFT | 1,790.00 |
| INTERNET DESIGN | 320.00 |
| SEO | 320.00 |
| WEBSITE MAINTENANCE | 1,950.00 |
| INTERNET - Other | 3,799.00 |
| **Total INTERNET** | 14,111.22 |
| **LICENSES AND PERMITS** |  |
| IW5 Permit (Derm) | 560.00 |
| LICENSES AND PERMITS - Other | 587.50 |
| **Total LICENSES AND PERMITS** | 1,147.50 |
| **MEDICAL SERVICES VARIOUS** | 286.90 |
| **OFFICE EXPENSE** |  |
| Cleaning Supplies | 262.90 |
| Office Supplies | 4,869.49 |
| Postage and Delivery Service | 434.06 |
| OFFICE EXPENSE - Other | 56,420.31 |
| **Total OFFICE EXPENSE** | 61,986.76 |
| **PAYROLL EXPENSE** |  |
| Child Support | 16,824.85 |
| Employee Wages | 1,037,905.63 |
| Payroll Tax | 341,771.10 |
| **Total PAYROLL EXPENSE** | 1,396,501.58 |
| **Payroll Processing Fee - ADP** | 53,404.98 |
| **PROFESSIONAL FEES** |  |
| Accounting | 14,571.93 |
| Cash Advance | 0.00 |
| External general services | 89,571.51 |
| Legal Fees | 30,777.38 |
| **Total PROFESSIONAL FEES** | 134,920.82 |
| Reconciliation Discrepancies (Discrepancies between bank statements and company records) | -172.93 |
| **RENT & EQUIPMENT LEASE** |  |
| Building Rent | 330,670.49 |
| **Total RENT & EQUIPMENT LEASE** | 330,670.49 |

11:47 AM

**MIAMI TEES INC.**

03/01/16

**Profit & Loss**

Accrual Basis

January through December 2015

| | Jan - Dec 15 |
|---|---|
| **SERVICE COMPANIES** | |
| Alarm System & Service | 1,346.81 |
| Fire Protection | 185.85 |
| Forklift Propane | 851.08 |
| Garbage Pick Up Service | 5,152.20 |
| Supreme Coffee Pods | 76.80 |
| Waste Chemical Removal | 6,736.07 |
| SERVICE COMPANIES - Other | -25.40 |
| **Total SERVICE COMPANIES** | 14,323.41 |
| **TAXES** | |
| Corp. Registration | 275.00 |
| FL Unemployment | 205.34 |
| Local | 90.00 |
| Sales Tax Fees and Penalties | 4,515.38 |
| Tangible Property Tax | 4,273.72 |
| **Total TAXES** | 9,359.44 |
| **TELEPHONE** | |
| ATT Cell Phone | 7,312.63 |
| ATT Telephone, Fax & DHL | 7,153.51 |
| NEXTIVA 866 NO. | 406.88 |
| **Total TELEPHONE** | 14,873.02 |
| **TRAVEL & ENTERTAINMENT** | |
| Hotel | 598.01 |
| Meals | 504.35 |
| Tolls | 304.80 |
| Travel (Travel) | 1,948.65 |
| **Total TRAVEL & ENTERTAINMENT** | 3,355.81 |
| **UTILITIES** | |
| City Gas Company | 18,189.34 |
| FPL Electricity (101) | 37,942.40 |
| FPL Electricity (102) | 51,270.93 |
| **Total UTILITIES** | 107,402.67 |
| Warehouse Expense | 67,896.17 |
| **Total Expense** | 2,478,942.89 |
| **Net Ordinary Income** | -202,527.30 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Other Expenses | 2,400.00 |
| **Total Other Expense** | 2,400.00 |
| **Net Other Income** | -2,400.00 |
| **Net Income** | -204,927.30 |

9:57 AM

03/01/16

Accrual Basis

# MIAMI TEES INC.
# Balance Sheet
## As of March 1, 2016

|                                              | Mar 1, 16    |
|----------------------------------------------|-------------:|
| **ASSETS**                                   |              |
| **Current Assets**                           |              |
| **Checking/Savings**                         |              |
| **ALL BANK ACCT.**                           |              |
| BOA Checking                                 | 2.91         |
| PAYPAL                                        | 1,586.12     |
| PETTY CASH                                    | 110.60       |
| REGIONS BANK - OPERATING ACCT.               | 24,590.07    |
| TD (NEW) OPERATING ACCOUNT                    | -17,527.61   |
| TD INTERNET SALES ACCT                        | 30.00        |
| **Total ALL BANK ACCT.**                     | 8,792.09     |
| **Total Checking/Savings**                   | 8,792.09     |
| **Accounts Receivable**                      |              |
| Accounts Receivable                          | 189,891.33   |
| **Total Accounts Receivable**                | 189,891.33   |
| **Other Current Assets**                     |              |
| Employee Cash Advance                        | 2,200.00     |
| Inventory Asset                              | 153,329.17   |
| Prepaid Interest                             | -1,581.30    |
| **Total Other Current Assets**               | 153,947.87   |
| **Total Current Assets**                     | 352,631.29   |
| **Fixed Assets**                             |              |
| **DEPRECIATION**                             |              |
| Accumulated Depreciation ALL                 | -301,316.00  |
| Accumulated Depreciation Improv              | -31,870.00   |
| **Total DEPRECIATION**                       | -333,186.00  |
| **Miami Tees Furnit. & Equipment**           |              |
| Art Work Equipment                           | 27,862.55    |
| Misc Printing Equipment                      | 167,051.80   |
| Misc. Warehouse Equipment                    | 17,289.49    |
| Office Equipment & Computers                 | 36,461.70    |
| Office Furniture                             | 24,193.83    |
| Printing Equipment                           | 792,797.23   |
| Warehouse Equipment                          | 35,039.36    |
| Miami Tees Furnit. & Equipment - Other       | 300.00       |
| **Total Miami Tees Furnit. & Equipment**     | 1,100,995.96 |
| **Total Fixed Assets**                       | 767,809.96   |
| **Other Assets**                             |              |
| Deposit-Electricity                          | 7,914.39     |
| Deposit ATT                                  | 503.49       |
| Leasehold Improvement                        | 61,116.37    |
| **Total Other Assets**                       | 69,534.25    |
| **TOTAL ASSETS**                             | 1,189,975.50 |
| **LIABILITIES & EQUITY**                     |              |
| **Liabilities**                              |              |
| **Current Liabilities**                      |              |
| **Accounts Payable**                         |              |
| Accounts Payable                             | 265,988.83   |
| **Total Accounts Payable**                   | 265,988.83   |
| **Other Current Liabilities**                |              |
| Fed Income Tax Savings                       | -0.15        |

9:57 AM

03/01/16

Accrual Basis

# MIAMI TEES INC.
# Balance Sheet
### As of March 1, 2016

| | Mar 1, 16 |
|---|---|
| **LOANS** | |
| Firestone Grp/Jeff Firestone | 39,487.50 |
| HUNTER CAROLINE | 59,552.99 |
| IBIS CAPITAL | 27,800.00 |
| LOAN IOU CENTRAL | 79,721.37 |
| LOAN MARGIE CHAVEZ | 9,279.81 |
| YELLOWSTONE CAPITAL | 33,042.00 |
| **Total LOANS** | 248,883.67 |
| | |
| Payroll Liability 941 | 114,205.84 |
| Payroll Liability 941 current | 338,775.96 |
| Payroll Taxes Paid 1/1-4/11 941 | 55.99 |
| Sales Tax Payable | 11.38 |
| THE FIRESTONE GROUP-FACTOR | 29,148.18 |
| Unemployment Tax Payable | 17,267.11 |
| **Total Other Current Liabilities** | 748,347.98 |
| **Total Current Liabilities** | 1,014,336.81 |
| | |
| **Long Term Liabilities** | |
| **BANK OF AMERICA** | |
| BOA - Commercial Loan | 115,564.38 |
| **Total BANK OF AMERICA** | 115,564.38 |
| | |
| Tangible Tax Returns | 7,000.00 |
| The Firestone Group70 Mach 9314 | 211,979.57 |
| **Total Long Term Liabilities** | 334,543.95 |
| **Total Liabilities** | 1,348,880.76 |
| | |
| **Equity** | |
| Distribution - Shareholder | -136,852.50 |
| M.Ch. Capital Investment | 920,889.32 |
| Opening Bal Equity | 137,366.70 |
| Retained Earnings | -1,040,856.71 |
| Net Income | -39,452.07 |
| **Total Equity** | -158,905.26 |
| **TOTAL LIABILITIES & EQUITY** | 1,189,975.50 |